IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL BEAR,

   Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-102-TWT

**ORDER**

This is a pro se Federal Tort Claims Act action brought by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the FTCA claim for failure to exhaust administrative remedies and allowing the other claims to go forward. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The FTCA claim is DISMISSED.

SO ORDERED, this 15 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Bear\r&r.wpd