IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL BEAR,

    Plaintiff,

     v.

DR. MARTIN
individually and in his Official
Capacity as Medical Director of USP
Atlanta, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-102-TWT

**ORDER**

    This is a pro se Federal Tort Claims Act action brought by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 55] of the Magistrate Judge recommending denying the Plaintiff's Motion for Clerk's Entry of Default [Doc. 51]. The Defendants are not in default. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Clerk's Entry of Default [Doc. 51] is DENIED.

    SO ORDERED, this 13 day of April, 2018.

                            /s/Thomas W. Thrash
                            THOMAS W. THRASH, JR.
                            United States District Judge