IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL BEAR,

    Plaintiff,

     v.

DR. MARTIN
individually and in his Official
Capacity as Medical Director of USP
Atlanta, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-102-TWT

**ORDER**

    This is a pro se Bevins action brought by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 63] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 59]. No objections to the Report and Recommendation have been filed. As set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff fails to allege a plausible claim for deliberate indifference to his serious medical needs. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 59] is GRANTED.

SO ORDERED, this 25 day of September, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge